CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Rodney Wilson  20150000 185 :

**Full Name of Plaintiff**    **Inmate Number**

Civil No. 4:20-CV-2456

v.

(to be filled in by the Clerk's Office)

c/o SILVRIO

**Name of Defendant 1**

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

c/o KEIDA

**Name of Defendant 2**

FILED
SCRANTON

c/o CABONA

**Name of Defendant 3**

DEC 3 0 2020

PER _____
DEPUTY CLERK

c/o LEE

**Name of Defendant 4**

SGT. PAREZ

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

**I.  NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

  ✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

  ___   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

  ___   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Continuation: (1)

Page (1)  Name Defendant #6 — Warden Garry Haidle
Name of Defendant #7 — Sgt. Arucals

Page (3)  (B): Defendants

#6 Garry Haidle
    Warden — Final for Grievance
    4250 Manor Drive
    Stroudsburg, PA 18360 (Monroe County)

FILED
SCRANTON
DEC 30 2020
PER _____
DEPUTY CLERK

#7 Sgt. Arucals
    Sgt. — Grievance Coordinator
    4250 Manor Drive
    Stroudsburg, PA 18360 (Monroe County)

Page (4)  (C): I filed a grievance about all and Sgt. Arucals denied me relief and Warden Haidle (final) denied no relief concerning excessive use of force on inmates.

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Wilson Rodney Fred Charles
Name (Last, First, MI)

2015000185
Inmate Number

Monroe County Jail
Place of Confinement

4250 Manor Drive
Address

Stroudsburg, PA 18360 (Monroe County)
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1: Silverio
C/O ████ (last name)
Name (Last, First)

Correctional Officer
Current Job Title

4250 Manor Drive
Current Work Address

Stroudsburg, PA 18360 (Monroe County)
City, County, State, Zip Code

Defendant 2:
c/o KEDA

Name (Last, First)

Correctional Officer

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, PA 18360 (Monroe County)

City, County, State, Zip Code


Defendant 3:
c/o CARONA

Name (Last, First)

Correctional Officer

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, PA 18360 (Monroe County)

City, County, State, Zip Code


Defendant 4:
c/o LEE

Name (Last, First)

Correctional Officer

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, PA 18360 (Monroe County)

City, County, State, Zip Code


Defendant 5:
SGT. PAREZ

Name (Last, First)

Sergeant

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, PA 18360 (Monroe

City, County, State, Zip Code

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

(TWICE) on B. POD on MAY 16, 2020 AND DECEMBER 2, 2020 / NOVEMBER 18, 2020 @ BOOKING

B. On what date did the events giving rise to your claim(s) occur?

MAY 16, 2020; DECEMBER 2, 2020; NOVEMBER 18, 2020

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I WAS TAKEN FROM BOOKING TO CELL 16 BY (5) ROVERS AND THE ONES I CAN REMEMBER SGT. PAREZ, C/O KEIDA, C/O CABONA (JOHN DOE #1, JOHN DOE #2) I WAS CUFFED AND SHACKLED AND TAKEN TO CELL 16 WHERE PAREZ, KEIDA, CABONA STARTED BEATING AND ASSAULTING ME WITH JOHN DOE #1 AND JOHN DOE #2 IN MY HEAD, BODY, AND LEGS CAUSING ME SERIOUS BODILY INJURY INCLUDING A TARE IN MY ANKLE FROM THE SHACKLES.. WITNESSED BY NURSE HALEIT...

ON DECEMBER 2, 2020 I WAS JUMPED BY C/O SAVIRO, KEIDA, AND LEE AND THE STARTED BEATING ME AND ASSAULTING ME WHILE IN HANDCUFFS AND C/O SAVIRO HIT ME WITH HIS KNEE 6-8 TIMES IN MY RIBS, WHILE SAVIRO, KEIDA, AND LEE PUNCHING ME IN MY MOUTH PUSHING MY TEETH BACK, PUNCHING ME IN MY FACE, TWISTING THE HANDCUFFS ON MY WRIST TO INJURE..

ON 11.18.20 I WAS STACKED AND SLAMMED BY C/O SAVIRO IN THE SHOWER @ BOOKING CAUSING INJURY.. I SOUGHT MEDICAL TREATMENT IN ALL.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

* PRETRIAL DETAINEES PROTECTED AGAINST EXCESSIVE FORCE BY THE DUE PROCESS CLAUSE OF THE 14TH AMENDMENT OF THE U.S.C. OF A UNITED STATES CITIZEN
* 8TH AMEND. OF THE U.S.C. OF A U.S. CITIZEN CRUEL AND UNUSUAL PUNISHMENT
* EXCESSIVE USE OF FORCE BY OFFICERS WHO MALICIOUSLY AND SADISTICALLY USE FORCE TO INFLICT SERIOUS BODILY INJURY, USING FOR RESISTING AS AN EXCUSE WHEN ONE IS SUBDUED IN RESTRAINTS
* ASSAULT BY OFFICERS ON A INMATE

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

TEETH PUSHED BACK; HEAD, NECK AND BODY INJURY, INJURY TO WRIST AND ANKLES DUE TO HANDCUFFS AND SHACKLES; MUSCLE and NERVE DAMAGE; AND FRACTURED RIBS AND TORE IN ANKLE

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money. FOR DEFENDANTS TO PAY ALL COST AND FEES ASSOCIATED WITH THIS CASE, FROM EACH DEFENDANT $20,000 IN COMPENSATORY DAMAGES AND $20,000 FROM EACH DEFENDANT IN PUNITIVE DAMAGES; FOR AN ORDER FROM THIS COURT THAT DEFENDANTS STOP ASSAULTING INMATES AND STOP USING EXCESSIVE FORCE; FIRE SHUPP, KODA, GABOSH, LEE, PAREZ FOR THEIR UNCONSTITUTIONAL ACTIONS AND CONTINUED USE OF EXCESSIVE FORCE AGAINST INMATES; ORDER LHIDGE TO STOP/INSTRUCT HIS OFFICERS TO NOT ASSAULT DEFENSELESS INMATES.

Page 5 of 6

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_Rodney Wilson_ ✓
Signature of Plaintiff

_12-24-2020_ ✓
Date



Dudley/Fred Charles (W11901)
Monroe County Correctional Facility
1半 Muench Drive
Stroudsburg, PA 18360

Office of The Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg U.S.
Courthouse
235 N. Washington Avenue P.O. Box 1148
Scranton PA 18501-1148

RECEIVED
SCRANTON
DEC 30 2020
PER _____
DEPUTY CLERK